```
Chase Card
P.O. 15298
Wilmington, DE 19850-5298


Credit Union Loan Source
P.O. Box 105388
Atlanta, GA 30348


Credit Union Loan Source
1669 Phoenox Parkway
Suite 110
College Park, GA 30349


Discover Financial Services
P.O. Box 15316
Wilmington , DE 19850-5316


Michelle Lynn Johnson
4207 Hwy 212
Covington, GA 30016


Michelle Lynn Johnson
4207 Hwy 212
Covington , GA 30016


Navy Federal Credit Union
P.O. Box 3700
Merrifield , VA 22119


SYNCB_Havertys
P.O.Box 965036
Orlando , FL 32896-5036


United Bank
685 Griffin Street
Zebulon, GA 30295
```

```
United Bank
P.O. Box 360
Barnesville, GA 30204-0360
```