**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Kevin William Johnson**

Case No.: **16–58619–lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on <u>5/16/16</u>, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website <u>www.ganb.uscourts.gov</u>. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**<u>To be filed by 05/23/16</u>**
Names and Addresses of All Creditors
Signed Form B121 (Statement About Your Social Security Number)

**<u>To be Filed by 05/30/16</u>**
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, Self–employed or other explanation.

**<u>To be filed by 06/15/16</u>**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 5/17/16

Form 430b December 2015

M. Regina Thomas
Clerk of Court
By: Kelly Jaster
    Deputy Clerk

United States Bankruptcy Court
Northern District of Georgia

In re:  
Kevin William Johnson  
      Debtor

Case No. 16-58619-lrc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: jaster     Page 1 of 1     Date Rcvd: May 17, 2016  
                 Form ID: 430b     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2016.
```
db             +Kevin William Johnson,    4207 Hwy 212,    Covington, GA 30016-5310
aty            +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
                 Covington, GA 30015-1245
tr             +Neil C. Gordon,    Arnall, Golden & Gregory, LLP,    Suite 2100,    171 17th Street, NW,
                 Atlanta, GA 30363-1031
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov May 17 2016 21:50:14
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                                 TOTAL: 1
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2016                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2016 at the address(es) listed below:
```
              Neil C. Gordon    angela.ford@agg.com,   carol.stewart@agg.com;ngordon@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed   on behalf of Debtor Kevin William Johnson bankruptcy@sneedlaw.net
                                                                                                 TOTAL: 3
```