IMMEC, INC.
P. O. Box 1066
Social Circle, GA 30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 23864 | | | Pay Period: 03/13/2016 - 03/19/2016 | | Pay Date: 03/25/2016 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | | ***-**-9534 | Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST Hourly - 16.00 | 40:00 | 16.00 | 640.00 | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | 13:30 | 24.00 | 324.00 | 1,152.00 |
| | 53:30 | | 964.00 | 8,704.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -150.48 |
| Vision Insurance (pre-tax) | -1.55 | -18.60 |
| | -14.09 | -169.08 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -88.00 | -630.00 |
| Social Security Employee | -58.90 | -529.17 |
| Medicare Employee | -13.78 | -123.76 |
| GA - Withholding | -42.49 | -338.04 |
| | -203.17 | -1,620.97 |

| Net Pay | 746.74 | 6,913.95 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA 30025, IMMEC INC

IMMEC, INC.
P. O. Box 1066
Social Circle, GA 30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 23949 | | | Pay Period: 03/20/2016 - 03/26/2016 | | Pay Date: 04/01/2016 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | | ***-**-9534 | Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 740.00 |
| OT - HOURLY $27.75 | 1:00 | 27.75 | 27.75 | 27.75 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8÷24 | | | | 1,304.63 |
| | 41:00 | | 767.75 | 9,624.38 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -163.02 |
| Vision Insurance (pre-tax) | -1.55 | -20.15 |
| | -14.09 | -183.17 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -59.00 | -689.00 |
| Social Security Employee | -46.73 | -585.36 |
| Medicare Employee | -10.93 | -136.90 |
| GA - Withholding | -30.72 | -368.76 |
| | -147.38 | -1,780.02 |

| Net Pay | 606.28 | 7,661.19 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA 30025, IMMEC INC

IMMEC, INC.
P. O. Box 1066
Social Circle, GA 30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 24043 | | | Pay Period: 03/27/2016 - 04/02/2016 | | Pay Date: 04/08/2016 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | | ***-**-9534 | Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 1,480.00 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | | | | 1,304.63 |
| OT - HOURLY $27.75 | | | | 27.75 |
| | 40:00 | | 740.00 | 10,364.38 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -175.56 |
| Vision Insurance (pre-tax) | -1.55 | -21.70 |
| | -14.09 | -197.26 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -55.00 | -744.00 |
| Social Security Employee | -45.00 | -630.36 |
| Medicare Employee | -10.52 | -147.42 |
| GA - Withholding | -29.05 | -397.81 |
| | -139.57 | -1,919.59 |

| Net Pay | 586.34 | 8,247.53 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA 30025, IMMEC INC

IMMEC, INC.
P. O. Box 1066
Social Circle, GA 30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 24129 | | | Pay Period: 04/03/2016 - 04/09/2016 | Pay Date: 04/15/2016 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** / **Status (Fed/State)** | **Allowances/Extra** |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | | ***-**-9534 / Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 2,220.00 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | | | | 1,304.63 |
| OT - HOURLY $27.75 | | | | 27.75 |
| | 40:00 | | 740.00 | 11,104.38 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -188.10 |
| Vision Insurance (pre-tax) | -1.55 | -23.25 |
| | -14.09 | -211.35 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -55.00 | -799.00 |
| Social Security Employee | -45.01 | -675.37 |
| Medicare Employee | -10.53 | -157.95 |
| GA - Withholding | -29.05 | -426.86 |
| | -139.59 | -2,059.18 |

| Net Pay | 586.32 | 8,833.85 |
|---|---|---|

IMMEC, INC.
P. O. Box 1066
Social Circle, GA 30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 24217 | | | Pay Period: 04/10/2016 - 04/16/2016 | Pay Date: 04/22/2016 |
|---|---|---|---|---|---|---|
| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | ***-**-9534 | Married/Married Jt.2 Sppuses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 2,960.00 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | | | | 1,304.63 |
| OT - HOURLY $27.75 | | | | 27.75 |
| | 40:00 | | 740.00 | 11,844.38 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -200.64 |
| Vision Insurance (pre-tax) | -1.55 | -24.80 |
| | -14.09 | -225.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -55.00 | -854.00 |
| Social Security Employee | -45.00 | -720.37 |
| Medicare Employee | -10.52 | -168.47 |
| GA - Withholding | -29.05 | -455.91 |
| | -139.57 | -2,198.75 |

| Net Pay | 586.34 | 9,420.19 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA  30025, IMMEC INC

IMMEC, INC.
P. O. Box 1066
Social Circle, GA 30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 24307 | | | Pay Period: 04/17/2016 - 04/23/2016 | Pay Date: 04/29/2016 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** / **Status (Fed/State)** | **Allowances/Extra** |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | | ***-**-9534  Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 3,700.00 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | | | | 1,304.63 |
| OT - HOURLY $27.75 | | | | 27.75 |
| | 40:00 | | 740.00 | 12,584.38 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -213.18 |
| Vision Insurance (pre-tax) | -1.55 | -26.35 |
| | -14.09 | -239.53 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -55.00 | -909.00 |
| Social Security Employee | -45.01 | -765.38 |
| Medicare Employee | -10.53 | -179.00 |
| GA - Withholding | -29.05 | -484.96 |
| | -139.59 | -2,338.34 |

| Net Pay | 586.32 | 10,006.51 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA 30025, IMMEC INC

IMMEC, INC.
P. O. Box 1066
Social Circle, GA  30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 24398 | | | Pay Period: 04/24/2016 - 04/30/2016 | Pay Date: 05/06/2016 |
|---|---|---|---|---|---|---|
| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | ***-**-9534 | Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 4,440.00 |
| OT - HOURLY $27.75 | 4:00 | 27.75 | 111.00 | 138.75 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | | | | 1,304.63 |
| | 44:00 | | 851.00 | 13,435.38 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -225.72 |
| Vision Insurance (pre-tax) | -1.55 | -27.90 |
| | -14.09 | -253.62 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -71.00 | -980.00 |
| Social Security Employee | -51.89 | -817.27 |
| Medicare Employee | -12.14 | -191.14 |
| GA - Withholding | -35.71 | -520.67 |
| | -170.74 | -2,509.08 |

| Net Pay | 666.17 | 10,672.68 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA  30025, IMMEC INC

IMMEC, INC.
P. O. Box 1066
Social Circle, GA 30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 24490 | | | Pay Period: 05/01/2016 - 05/07/2016 | Pay Date: 05/13/2016 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | | ***-**-9534 | Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 5,180.00 |
| OT - HOURLY $27.75 | 2:00 | 27.75 | 55.50 | 194.25 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | | | | 1,304.63 |
| | 42:00 | | 795.50 | 14,230.88 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -238.26 |
| Vision Insurance (pre-tax) | -1.55 | -29.45 |
| | -14.09 | -267.71 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -63.00 | -1,043.00 |
| Social Security Employee | -48.46 | -865.72 |
| Medicare Employee | -11.33 | -202.47 |
| GA - Withholding | -32.38 | -553.05 |
| | -155.16 | -2,664.24 |

| Net Pay | 626.25 | 11,298.93 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA 30025, IMMEC INC

IMMEC, INC.
P. O. Box 1066
Social Circle, GA  30025

KEVIN W. JOHNSON
4207 HIGHWAY 212
COVINGTON, GA 30016

| Employee Pay Stub | | Check number: 24581 | | | Pay Period: 05/08/2016 - 05/14/2016 | | Pay Date: 05/20/2016 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| KEVIN W. JOHNSON, 4207 HIGHWAY 212, COVINGTON, GA 30016 | | | | | ***-**-9534 | Married/Married Jt.2 Spouses Wk | Fed-1/0/GA-1/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| ST - HOURLY $18.50 | 40:00 | 18.50 | 740.00 | 5,920.00 |
| OT - HOURLY $27.75 | 12:00 | 27.75 | 333.00 | 527.25 |
| ST Hourly - 16.00 | | | | 7,552.00 |
| OT Hourly - 16.00+ 8=24 | | | | 1,304.63 |
| | 52:00 | | 1,073.00 | 15,303.88 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 Dental Insurance (pre-tax) | -12.54 | -250.80 |
| Vision Insurance (pre-tax) | -1.55 | -31.00 |
| | -14.09 | -281.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -105.00 | -1,148.00 |
| Social Security Employee | -65.65 | -931.97 |
| Medicare Employee | -15.35 | -217.82 |
| GA - Withholding | -49.03 | -602.08 |
| | -235.03 | -2,899.27 |

| Net Pay | 823.88 | 12,122.81 |
|---|---|---|

IMMEC, INC., P. O. Box 1066, Social Circle, GA  30025, IMMEC INC