Certificate Number: 15317-GAN-DE-027680787

Bankruptcy Case Number: 16-58619



15317-GAN-DE-027680787

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2016, at 5:14 o'clock PM PDT, Kevin Johnson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   June 29, 2016               By:   /s/Eunice Francia

                                    Name: Eunice Francia

                                    Title: Counselor